AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy, individually and on behalf of all others similarly situated, <br> *Plaintiff(s)* <br> v. <br> Kabbage, Inc. d/b/a K Servicing, <br> *Defendant(s)* | Civil Action No. 1:22-cv-1249 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kabbage, Inc. d/b/a K Servicing
c/o Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MaryBeth V. Gibson
The Finley Firm, P.C.
3535 Piedmont Road, Bldg 14, Suite 230
Atlanta, Georgia 30305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  03/30/2022

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*