IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy, *individually and on behalf of all others similarly situated*,<br><br>                  Plaintiffs,<br><br>  v.<br><br>Kabbage, Inc. d/b/a K Servicing,<br><br>                  Defendant. | Civil Action No.1:22-cv-01249-VMC |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties, the Court orders that the time limits and schedules set forth therein are adopted. The complete Discovery Schedule is outlined below:

| **EVENT** | **DUE DATE** |
|---|---|
| 1. Joint Preliminary Report and Discovery Plan required by Local Rule 16.2 | 6/29/2022 |
| 2. Initial Disclosures required by Local Rule 26.1 | 6/29/2022 |
| 3. If Needed, Parties Begin Meet and Confer Process Regarding Scope of Initial Document Requests | Within 14-days following the Court's ruling on Defendant's Motion to Dismiss |

| | |
|---|---|
| 4. If Needed, Parties File Joint Proposed ESI Protocol and Stipulated Protective Order | Within 14-days following the Court's ruling on Defendant's Motion to Dismiss |
| 5. Beginning of Discovery pursuant to L.R. 26.2(A) | 30 days after Defendant files answer |
| 6. Parties shall identify their initial experts and serve their initial expert written report(s) in accordance with F. R. Civ. P. 26(a)(2)(B) | Six months after the beginning of fact discovery |
| 7. Parties shall identify any rebuttal and/or reply expert written reports in accordance with F. R. Civ. P. 26(a)(2)(B) | Forty-five (45) after initial expert report |
| 8. Discovery Closes | Eight months after beginning of fact discovery |
| 11. L.R. 16.3 Conference | Two weeks after close of discovery |
| 12. Plaintiffs' file Class Certification Motion along with Class Certification Expert Declarations in Support | Six weeks after Rule 16.3 Conference |
| 13. Defendant files any Opposition to Plaintiffs' Class Certification Motion along with any Expert Declarations in Support | Forty-five (45) days after service of Plaintiffs' motion |
| 14. Plaintiffs file any Reply in Support of Motion for Class Certification. [Plaintiffs may also file any Rebuttal Expert Declarations in Support.] | Twenty-one (21) days after service of Defendants' opposition |
| 15. If Needed, Parties Meet and Confer and Propose a Case Schedule to the Court for Any Remaining Case Activities | Within 14 days following the Court's ruling on Plaintiff's Motion for Class Certification |

**So ORDERED, this 22nd day of July, 2022.**

_____
Victoria M. Calvert
United States District Judge
Northern District of Georgia