UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON CARR, ET AL., <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>KABBAGE, INC., D/B/A K SERVICING, <br><br>　　　　　　Defendant. | CIVIL ACTION FILE <br><br>NO. 1:22-CV-1249-VMC |

# J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of defendant's motion to dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Atlanta, Georgia, this 31st day of March, 2023.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　 L. Beck　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 31, 2023
Kevin P. Weimer
Clerk of Court

By:　 L. Beck　　　　　　　　　　
　　　　Deputy Clerk